**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| VANESSA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:13-cv-02467-B |
| v. | § | |
| | § | |
| PREMIERE CREDIT OF NORTH | § | |
| AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the

parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to

complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over

this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next

sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: September 9, 2013.

Respectfully submitted,

By: /s/Joseph Panvini
Joseph Panvini
Weisberg & Meyers, LLC
5025 North Central Ave. #602
Phoenix, AZ 85012
Telephone: (888) 595-9111 ext. 125
Facsimile: (866) 565-1327
jpanvini@AttorneysForConsumers.com
*Attorneys for Plaintiff*
VANESSA SMITH

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| VANESSA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:13-cv-02467-B |
| v. | § | |
| | § | |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2013, I electronically filed the foregoing Notice of Settlement with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court.

/s/  Joseph Panvini
Joseph Panvini