IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VANESSA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:13-cv-02467-B |
| v. | § | |
| | § | |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 8th day of November, 2013,

By: s/Joseph Panvini
Joseph Panvini
WEISBERG & MEYERS, LLC
5025 North Central Ave. #602
Phoenix, AZ 85012
Telephone: (888) 595-9111 ext. 125
Facsimile: (866) 565-1327
jpanvini@AttorneysForConsumers.com

Kirk Claunch
Texas Bar No. 04326075
Jim Claunch
Texas Bar No. 04326000
2912 West Sixth Street
Fort Worth, Texas 76107
Telephone:   (817) 335-4003
Facsimile:   (817) 335-7112

*Attorneys for Plaintiff*
VANESSA SMITH

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VANESSA SMITH, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 3:13-cv-02467-B |
| v. § | |
| § | |
| PREMIERE CREDIT OF NORTH § | |
| AMERICA, LLC, § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF SERVICE

I certify that on November 8, 2013, I electronically filed the foregoing Notice of Dismissal with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.


 s/Joseph Panvini
 Joseph Panvini

2